7777-4
Of Counsel:
BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
JOHN BURKE 6251-0
DAVID Y. SUZUKI 6761-0
STEVEN E. TOM 9048-0
119 Merchant Street, Suite 200
Honolulu, Hawai`i 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656

Attorneys for Defendant
THE DIOCESE OF BUFFALO, N.Y.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID HUSTED, JR., an individual,<br><br>               Plaintiff,<br>     vs.<br><br>ROMAN CATHOLIC CHURCH IN THE STATE OF HAWAII, A.K.A. THE ROMAN CATHOLIC DIOCESE OF HONOLULU; THE DIOCESE OF BUFFALO, N.Y.,; SOUTHERN TIER CATHOLIC SCHOOL ARCHBISHOP WALSH ACADEMY; THE SOUTHDOWN INSTITUTE; JAMES A. SPIELMAN; and DOE DEFENDANTS 1-10,<br><br>               Defendants. | Civil No. CV14-00192 SOM BMK<br><br>DEFENDANT THE DIOCESE OF BUFFALO, INC.'S **CORPORATE DISCLOSURE STATEMENT**; CERTIFICATE OF SERVICE |

## DEFENDANT THE DIOCESE OF BUFFALO, N.Y.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney for the Defendant The Diocese of Buffalo, N.Y. provides this corporation disclosure.

There is no parent corporation or publicly held corporation owning more than 10% of its stock.

DATED: Honolulu, Hawaii, September 4, 2014.

                                        /s/ David Y. Suzuki
                                 WILLIAM A. BORDNER
                                 JOHN BURKE
                                 DAVID Y. SUZUKI
                                 STEVEN E. TOM
                                 Attorneys for Defendant
                                 THE DIOCESE OF BUFFALO, N.Y.