Of Counsel
RUFO LAW GROUP, LLLC

SERGIO RUFO          8211
1050 Bishop Street, # 322
Honolulu, Hawai`i  96813
Telephone:  (808) 852-7836
E-mail:  sergio@RufoLawGroup.com

Attorneys for Defendant
THE SOUTHDOWN INSTITUTE

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| DAVID HUSTED, JR., an individual<br><br>          Plaintiff,<br><br>     vs.<br><br>ROMAN CATHOLIC CHURCH IN THE STATE OF HAWAI`I, A.K.A. THE ROMAN CATHOLIC DIOCESE OF HONOLULU; THE DIOCESE OF BUFFALO, N.Y.; SOUTHERN TIER CATHOLIC SCHOOL ARCHBISHOP WALSH ACADEMY; THE SOUTHDOWN INSTITUTE; JAMES A. SPIELMAN; and DOE DEFENDANTS 1-10,<br><br>          Defendants. | CIVIL NO. CV14-00192 SOM/BMK<br><br>DEFENDANT THE SOUTHDOWN INSTITUTE'S **ANSWER** TO PLAINTIFF'S COMPLAINT FOR DAMAGES FILED APRIL 22, 2014 [ECF Doc. No. 1]; CERTIFICATE OF SERVICE |

## DEFENDANT THE SOUTHDOWN INSTITUTE'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES FILED APRIL 22, 2014

COMES NOW Defendant THE SOUTHDOWN INSTITUTE ("Southdown"), by and through its attorneys, RUFO LAW GROUP, LLLC, in answer to Plaintiff's Complaint For Damages Filed herein on April 22, 2014 ("Complaint"), states as follows:

### FIRST DEFENSE

1.      The Complaint does not state a claim upon which relief can be granted.

### SECOND DEFENSE

2.      The Court lacks subject matter jurisdiction over the claims in the Complaint.

### THIRD DEFENSE

3.      The Complaint should be dismissed for lack of personal jurisdiction.

### FOURTH DEFENSE

4.      In answer to paragraphs 1, 2, 2.1, 2.2, 2.5, 3, and 11 of the

Complaint, Southdown neither admits nor denies the remaining allegations

contained therein, as it is without information sufficient to form a belief as to the truth thereof.

5.      In answer to paragraphs 2.3 and 13.H of the Complaint, Southdown admits only that it treated Defendant Spielman in 1989, after the abuse alleged in the Complaint took place.  Southdown neither admits nor denies the remaining allegations contained therein, as it is without information sufficient to form a belief as to the truth thereof.

6.      In answer to paragraphs 2.4, 4, 5, 6, 7, 8, 9, 12, 13.A-G, 13.I-J, 14, 15, 16, and 17 of the Complaint, Southdown denies the allegations as they pertain to it.  Southdown neither admits nor denies the remaining allegations contained therein, as it is without information sufficient to form a belief as to the truth thereof.

7.      In answer to paragraph 10 of the Complaint, Southdown admits only that it is a corporation incorporated pursuant to the laws of Ontario, with its

principal place of business in Canada.  Southdown neither admits nor denies the

remaining allegations contained therein, as it is without information sufficient to

form a belief as to the truth thereof.

FIRST CAUSE OF ACTION

8.     In answer to paragraph 18 of the Complaint, Southdown

repeats, realleges, and adopts its answers to the paragraphs referenced therein as if

fully set forth herein.

9.     In answer to paragraphs 19 and 20 of the Complaint,

Southdown denies the allegations as they pertain to it.  Southdown neither admits

nor denies the remaining allegations contained therein, as it is without information

sufficient to form a belief as to the truth thereof.

10.     In answer to paragraph 21 of the Complaint, Southdown neither

admits nor denies the remaining allegations contained therein, as it is without

information sufficient to form a belief as to the truth thereof.

4

## SECOND CAUSE OF ACTION

11.    In answer to paragraph 22 of the Complaint, Southdown

repeats, realleges, and adopts its answers to the paragraphs referenced therein as if

fully set forth herein.

12.    In answer to paragraphs 23 and 24 of the Complaint,

Southdown denies the allegations as they pertain to it.  Southdown neither admits

nor denies the remaining allegations contained therein, as it is without information

sufficient to form a belief as to the truth thereof.

13.    In answer to paragraph 25 of the Complaint, Southdown neither

admits nor denies the remaining allegations contained therein, as it is without

information sufficient to form a belief as to the truth thereof.

//

//

## THIRD CAUSE OF ACTION

14.     In answer to paragraph 26 of the Complaint, Southdown

repeats, realleges, and adopts its answers to the paragraphs referenced therein as if

fully set forth herein.

15.     In answer to paragraphs 27, 28, 29, 30, 31, and 32 of the

Complaint, Southdown denies the allegations as they pertain to it.  Southdown

neither admits nor denies the remaining allegations contained therein, as it is

without information sufficient to form a belief as to the truth thereof.

16.     In answer to paragraph 33 of the Complaint, Southdown neither

admits nor denies the remaining allegations contained therein, as it is without

information sufficient to form a belief as to the truth thereof.

//

//

## FOURTH CAUSE OF ACTION

17.     In answer to paragraph 34 of the Complaint, Southdown

repeats, realleges, and adopts its answers to the paragraphs referenced therein as if

fully set forth herein.

18.     In answer to paragraphs 35 and 36 of the Complaint,

Southdown denies the allegations as they pertain to it.  Southdown neither admits

nor denies the remaining allegations contained therein, as it is without information

sufficient to form a belief as to the truth thereof.

19.     In answer to paragraph 37 of the Complaint, Southdown neither

admits nor denies the remaining allegations contained therein, as it is without

information sufficient to form a belief as to the truth thereof.

//

//

## FIFTH CAUSE OF ACTION

20.     In answer to paragraph 38 of the Complaint, Southdown

repeats, realleges, and adopts its answers to the paragraphs referenced therein as if

fully set forth herein.

21.     In answer to paragraphs 39 and 40 of the Complaint,

Southdown denies the allegations as they pertain to it.  Southdown neither admits

nor denies the remaining allegations contained therein, as it is without information

sufficient to form a belief as to the truth thereof.

22.     In answer to paragraph 41 of the Complaint, Southdown neither

admits nor denies the remaining allegations contained therein, as it is without

information sufficient to form a belief as to the truth thereof.

//

//

## SIXTH CAUSE OF ACTION

23.    In answer to paragraph 42 of the Complaint, Southdown

repeats, realleges, and adopts its answers to the paragraphs referenced therein as if

fully set forth herein.

24.    In answer to paragraphs 43, 44, 45, 46, 47, 48, and 49 of the

Complaint, Southdown denies the allegations as they pertain to it.  Southdown

neither admits nor denies the remaining allegations contained therein, as it is

without information sufficient to form a belief as to the truth thereof.

25.    In answer to paragraphs 50 and 51 of the Complaint,

Southdown neither admits nor denies the remaining allegations contained therein,

as it is without information sufficient to form a belief as to the truth thereof.

//

//

## SEVENTH CAUSE OF ACTION

26.     In answer to paragraph 52 of the Complaint, Southdown

repeats, realleges, and adopts its answers to the paragraphs referenced therein as if

fully set forth herein.

27.     In answer to paragraphs 53, 54, and 56 of the Complaint,

Southdown denies the allegations as they pertain to it.  Southdown neither admits

nor denies the remaining allegations contained therein, as it is without information

sufficient to form a belief as to the truth thereof.

28.     In answer to paragraphs 55 and 57 of the Complaint,

Southdown neither admits nor denies the remaining allegations contained therein,

as it is without information sufficient to form a belief as to the truth thereof.

//

//

## EIGHTH CAUSE OF ACTION

29.     In answer to paragraph 58 of the Complaint, Southdown

repeats, realleges, and adopts its answers to the paragraphs referenced therein as if

fully set forth herein.

30.     In answer to paragraphs 59 and 60 of the Complaint,

Southdown denies the allegations as they pertain to it.  Southdown neither admits

nor denies the remaining allegations contained therein, as it is without information

sufficient to form a belief as to the truth thereof.

31.     In answer to paragraphs 61 and 62 of the Complaint,

Southdown neither admits nor denies the remaining allegations contained therein,

as it is without information sufficient to form a belief as to the truth thereof.


//

//

## NINTH CAUSE OF ACTION

32.     In answer to paragraph 63 of the Complaint, Southdown

repeats, realleges, and adopts its answers to the paragraphs referenced therein as if

fully set forth herein.

33.     In answer to paragraphs 64, 65, 66, 67, 68, 69, 70, 71, 72, 73,

and 74 of the Complaint, Southdown denies the allegations as they pertain to it.

Southdown neither admits nor denies the remaining allegations contained therein,

as it is without information sufficient to form a belief as to the truth thereof.

34.     In answer to paragraph 75 of the Complaint, Southdown neither

admits nor denies the remaining allegations contained therein, as it is without

information sufficient to form a belief as to the truth thereof.


//

//

## TENTH CAUSE OF ACTION

35.     In answer to paragraph 76 of the Complaint, Southdown

repeats, realleges, and adopts its answers to the paragraphs referenced therein as if

fully set forth herein.

36.     In answer to paragraph 77 of the Complaint, Southdown denies

the allegations as they pertain to it.  Southdown neither admits nor denies the

remaining allegations contained therein, as it is without information sufficient to

form a belief as to the truth thereof.

## ALL CAUSES OF ACTION

37.     Any allegation in the Complaint not specifically admitted or

addressed by Southdown is hereby denied.

**FIFTH DEFENSE**

38.     Some or all of Plaintiff's claims are barred by the applicable

Statute of Limitations.

## SIXTH DEFENSE

39.     Some or all of Plaintiff's claims are barred by the lack of

standing.

## SEVENTH DEFENSE

40.     Some or all of Plaintiff's claims are barred because of

Plaintiff's failure to join one or more indispensable parties.

## EIGHTH DEFENSE

41.     Some or all of the allegations in the Complaint violate Rule 11

of the Federal Rules of Civil Procedure and/or the Hawai`i Rules of Professional

Conduct.

## NINTH DEFENSE

42.     Liability, if any, for the damages alleged in Plaintiff's

Complaint rests with parties other than Southdown.

## TENTH DEFENSE

43.     Some or all of Plaintiff's claims are barred or should be reduced

by Plaintiff's comparative negligence.

## ELEVENTH DEFENSE

44.     Southdown did not owe Plaintiff a duty of care, especially prior

to 1989, after the acts alleged in the Complaint took place.

## TWELFTH DEFENSE

45.     Southdown's acts and/or omissions were not the proximate

cause of Plaintiff's damages.

## THIRTEENTH DEFENSE

46.     Some or all of Plaintiff's claims are barred by equitable

doctrines of laches, waiver, estoppel and/or unclean hands.

## FOURTEENTH DEFENSE

47.     Some or all of Plaintiff's claims are barred by the defense of

lack of knowledge or notice.

## FIFTEENTH DEFENSE

48.     Some or all of Plaintiff's claims are barred for failure to exhaust

administrative remedies.

## SIXTEENTH DEFENSE

49.     Some or all of Plaintiff's claims are barred by Plaintiff's failure

to mitigate.

## SEVENTEENTH DEFENSE

50.     Plaintiff is barred from maintaining this action against

Southdown by reason of his own acts, omissions, or other wrongful conduct, which

was the legal cause of the damages alleged in the Complaint.

## EIGHTEENTH DEFENSE

51.     Some or all of Plaintiff's claims are barred because Southdown

acted within the standard of care.

## NINETEENTH DEFENSE

52.     If Plaintiff sustained any of the injuries or damages alleged in

the Complaint, those injuries or damages were caused by an independent

intervening or supervening cause or by the negligence or other fault of a person or

entity over whom or which Southdown exercised no control.

## TWENTIETH DEFENSE

53.     Some or all of Plaintiff's claims are barred by unavoidable

consequences and/or an Act of God.

## TWENTY-FIRST DEFENSE

54.     Some or all of Plaintiff's claims are barred by the defense of

assumption of risk.

### TWENTY- SECOND DEFENSE

55.     Some or all of Plaintiff's claims are barred by the defenses of

consent and/or acquiescence.

### TWENTY- THIRD DEFENSE

56.     Plaintiff has failed to allege fraud with the required specificity

as to Southdown.

### TWENTY- FOURTH DEFENSE

57.     Plaintiff has failed to properly allege the elements of gross

negligence as to Southdown.

### TWENTY- FIFTH DEFENSE

58.     Some or all of Plaintiff's claims are barred because Southdown

acted in good faith.

## TWENTY- SIXTH DEFENSE

59.     Plaintiff is not entitled to recover the punitive damages

demanded in the Complaint, as an award of punitive damages would violate

Southdown's rights under the Constitution of the United States of America and

under the Constitution of the State of Hawai`i, including Southdown's right to (1)

procedural due process under the Fourteenth Amendment of the United States

Constitution and the Constitution of the State of Hawai`i; (2) protection from

"excessive fines" as provided in the Eighth Amendment of the United States

Constitution and Article I, Section 12 of the Constitution of the State of Hawai`i;

and, (3) substantive due process as provided in the Fifth and Fourteenth

Amendments of the United States Constitution and Article I of the Constitution of

the State of Hawai`i.

## TWENTY- SEVENTH DEFENSE

60.     Southdown hereby asserts any and all affirmative defenses

provided under Rule 8(c) of the Federal Rules of Civil Procedure.

## TWENTY- EIGHTH DEFENSE

61.     Based on the allegations in the Complaint, Southdown cannot

formulate all of its defenses at this time; however, it reserves the right to amend its

Answer to include additional affirmative defenses if and when discovery or

circumstances so justify.

## TWENTY- NINTH DEFENSE

62.     Plaintiff is not entitled to any damages under the Complaint,

whether prayed for or not.

**WHEREFORE**, Southdown prays that:

A.     All claims contained in the Complaint be dismissed, with

prejudice;

B.      If liability is found with regard to Southdown, the relative

degree of fault of each party be determined and that Southdown have

apportionment and/or judgment over and against the other parties for

any amount which it may pay in excess of its *pro rata* share;

C.      Southdown be awarded attorneys' fees and costs;

D.      Southdown have such other and further relief as this Court

deems just and equitable.

DATED:  Honolulu, Hawai`i, December 19, 2014.


   /s/  Sergio Rufo             
SERGIO RUFO
RUFO LAW GROUP, LLLC

Attorneys for Defendant
THE SOUTHDOWN INSTITUTE


Civil No. CV14-00192 SOM-BMK; Husted, Jr. vs. Roman Catholic Church in the State of Hawai`i, *et al.*; DEFENDANT THE SOUTHDOWN INSTITUTE'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES FILED 4/22/14