**JAW LEGAL**
Jared A. Washkowitz, Esq. (7653)
1050 Bishop Street, #450
Honolulu, HI 96813
Telephone: (808) 840-7410
Fax: (415) 520-9729
Email: jw102475@gmail.com

**BETTI & ASSOCIATES**
Michele M. Betti, Esq. (CA State Bar No. 204939)
1732 Knoll Field Way
Encinitas, California 92024
Telephone: (760) 500-5451
Facsimile: (760) 454-2204
Email: mbettilaw@gmail.com
*(Application for Admission Pro Hac Vice forthcoming)*

Attorneys for Plaintiff
DAVID HUSTED, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DAVID HUSTED, JR., an individual,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>ROMAN CATHOLIC CHURCH IN THE STATE OF HAWAII, A.K.A. THE ROMAN CATHOLIC DIOCESE OF HONOLULU; THE DIOCESE OF BUFFALO, N.Y.; SOUTHERN TIER CATHOLIC SCHOOL ARCHBISHOP WALSH ACADEMY; THE SOUTHDOWN INSTITUTE; JAMES A. SPIELMAN; and DOE DEFENDANTS 1-10, | Case No. CIV 14-00192 SOM-BMK<br><br>ORDER RE: DISCOVERY CONFERENCE CONCERNING DEFENDANT DIOCESE OF BUFFALO, N.Y.'S REPONSES TO PLAINTIFF'S REQUEST FOR IDENTIFICATION, INSPECTION AND PRODUCTION OF DOCUMENTS<br><br>Hearing Date: August, 3, 2015<br>Time: 9:30 a.m.<br>Judge: Hon. Barry M. Kurren,<br><br>Trial Date: May 24, 2016 |

Defendants.

**ORDER RE: DISCOVERY CONFERENCE CONCERNING DEFENDANT DIOCESE OF BUFFALO, N.Y.'S REPONSES TO PLAINTIFF'S REQUEST FOR IDENTIFICATION, INSPECTION AND PRODUCTION OF DOCUMENTS**

THIS CAUSE came before the Court on August 3, 2015 pursuant to Letter Briefs submitted by Plaintiff, DAVID HUSTED, JR. (herein "Plaintiff") and Defendant THE DIOCESE OF BUFFALO, N.Y, (herein "DOBNY") pursuant to the Court's Pretrial Procedures, §2(a), in connection with DOBNY's responses to Plaintiff's Request for Identification, Inspection and Production of Documents. Jared A. Washkowitz, Esq. appeared on behalf of Plaintiff, and Steven E. Tom, Esq. appeared on behalf of Defendant DOBNY.  Calvin E. Young, Esq. appeared on behalf of Defendant ROMAN CATHOLIC CHURCH IN THE STATE OF HAWAII, A.K.A. THE ROMAN CATHOLIC DIOCESE OF HONOLULU.  The court having reviewed said letter briefs and having otherwise been fully advised in the premises, it is hereby

ORDERED, ADJUDGED and DECREED as follows:  The Court grants in part and denies in part the relief sought by Plaintiff in the letter briefs.

Regarding documents listed in DOBNY's privilege log, the Court orders DOBNY to produce documents which describe or refer to Fr. James A. Spielman

having problems with or treatment for pedophilia prior to Plaintiff Husted's alleged abuse from 1979 to 1982 regardless of when the document itself was created.

The Court denies all other requests by Plaintiff and directs the parties to meet and confer regarding the remaining issues or documents referenced in the letter brief.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, August 22, 2015.



　　　　　　　　　　　　　　　　 /S/ Barry M. Kurren
　　　　　　　　　　　　　　　　Barry M. Kurren
　　　　　　　　　　　　　　　　United States Magistrate Judge

APPROVED AS TO FORM:

　/s/ Steven E. Tom
Steven E. Tom
Attorneys for Defendant
DIOCESE OF BUFFALO, N.Y.

　/s/ Calvin E. Young
Calvin E. Young
Attorneys for Defendant
ROMAN CATHOLIC CHURCH IN THE STATE OF HAWAII, A.K.A. THE ROMAN CATHOLIC DIOCESE OF HONOLULU