2600-1

Of Counsel:

BURKE McPHEETERS BORDNER & ESTES

WILLIAM A. BORDNER 1371-0
DAVID Y. SUZUKI 6761-0
STEVEN E. TOM 9048-0
MAEGAN RUGGLES 10014-0
119 Merchant Street, Suite 200
Honolulu, Hawai`i 96813
Telephone No. (808) 523-9833
Fax No. (808) 528-1656
Email: bbordner@bmbe-law.com
dsuzuki@bmbe-law.com
stom@bmbe-law.com
mruggles@bmbe-law.com

Attorneys for Defendant
THE DIOCESE OF BUFFALO, N.Y.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DAVID HUSTED, JR., an individual,<br><br>    Plaintiff,<br><br> vs.<br><br>ROMAN CATHOLIC CHURCH IN THE STATE OF HAWAII, A.K.A. THE ROMAN CATHOLIC DIOCESE OF HONOLULU; THE DIOCESE OF BUFFALO, N.Y.; SOUTHERN TIER CATHOLIC SCHOOL ARCHBISHOP WALSH ACADEMY; THE SOUTHDOWN INSTITUTE; JAMES A. SPIELMAN; and DOE DEFENDANTS 1-10,<br><br>    Defendants. | Civil No. CV14-00192 SOM KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER<br><br><br><br>TRIAL DATE: September 27, 2016 |

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED by and between the parties remaining in this lawsuit who have appeared, by and through their respective counsel, that Plaintiff DAVID HUSTED, JR. 's Complaint against all Defendants, to include ROMAN CATHOLIC CHURCH IN THE STATE OF HAWAIʻI, A.K.A. THE ROMAN CATHOLIC DIOCESE OF HONOLULU, THE DIOCESE OF BUFFALO, N.Y., SOUTHERN TIER CATHOLIC SCHOOL ARCHBISHOP WALSH ACADEMY, and JAMES A. SPIELMAN ("Defendants"), is hereby **dismissed**, *with prejudice*.

Defendant James A. Spielman was not served with the Complaint and never made an appearance in this matter.

Defendant THE SOUTHDOWN INSTITUTE was previously granted summary judgment on all claims asserted against it on April 7, 2016.

Plaintiff and Defendants shall bear their own attorneys' fees and costs.

Trial in this matter was scheduled to commence on September 27, 2016 before the Honorable Susan Oki Mollway.

This stipulation is filed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  It has been signed by all remaining parties who have

made an appearance in this lawsuit. There are no remaining claims or parties in this lawsuit.

DATED: Honolulu, Hawaii,    August 24, 2016   .

       /s/ Jared A. Washkowitz   
MICHELE M. BETTI
JARED A. WASHKOWITZ
Attorneys for Plaintiff
DAVID HUSTED, JR.

DATED: Honolulu, Hawaii,    July 18, 2016   .

     /s/ Stephen G. Dyer   
STEPHEN G. DYER
CALVIN E. YOUNG
GARY S. MIYAMOTO
Attorneys for Defendant
ROMAN CATHOLIC CHURCH IN
THE STATE OF HAWAII, a.k.a. THE
ROMAN CATHOLIC DIOCESE OF
HONOLULU

DATED: Honolulu, Hawaii,    August 24, 2016   .

      /s/ Steven E. Tom   
WILLIAM A. BORDNER
DAVID Y. SUZUKI
STEVEN E. TOM
MAEGAN RUGGLES
Attorneys for Defendant
THE DIOCESE OF BUFFALO, N.Y.

DATED:  Honolulu, Hawaii,    July 19, 2016   .

    /s/ Malia E. Schreck
STEFAN M. REINKE
MALIA E. SCHRECK
Attorneys for Defendant
SOUTHERN TIER CATHOLIC
SCHOOL ARCHBISHOP WALSH
ACADEMY

APPROVED AS TO FORM:

DATED:  Honolulu, Hawaii; August 25, 2016.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

---

Civil No. CV14-00192 SOM KJM
(United States District Court for the District of Hawaii)
<u>DAVID HUSTED, JR.</u> v. ROMAN CATHOLIC CHURCH IN THE STATE OF HAWAII, A.K.A. THE ROMAN CATHOLIC DIOCESE OF HONOLULU, et al.

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES AND ORDER**